LEE J. SHOECRAFT, Respondent, *v.* THE LOCKE INSULATOR MANUFACTURING COMPANY, Appellant.

*Shoecraft* v. *Locke Insulator Manfg. Co.*, 129 App. Div. 933, affirmed.
(Argued May 11, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 21, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Walter S. Hubbell* for appellant.

*Frederick A. Mann* and *James F. Keeler* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.